UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYA IFE',

Plaintiff,

-against-

KAMALA HARRIS; ELON MUSK; MARK ZUCKERBERG; META PLATFORMS, INC.; PETER THIEL; ALEXANDER KARP; PALANTIR TECHNOLOGIES; JOHN/JANE DOES 1-100+ (EXECUTIVE/ AGENCY/ PROXIES),

Defendants.

25-cv-7641 (LLS)

CIVIL JUDGMENT

For the reasons stated in the August 12, 2026, order, this action is dismissed as frivolous. Accordingly, the Court denies all of Plaintiff's pending motions and requests, including Plaintiff's proposed OTSC, but with the exception of Plaintiff's motion for permission for electronic case filing.

SO ORDERED.

Dated: August 12, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge